```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
       Plaintiff,

    v.                                     Civil No. 99-272-PB

Kimberly Dwinell,
       Defendant,
  and

TD Bank,
       Garnishee.

```
              ORDER TO RELEASE FUNDS AND TO
            QUASH WRIT OF CONTINUING GARNISHMENT
```

    On March 8, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on March 12, 2011, an account in the name of Kimberly Dwinell, held by TD Bank, was levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, Kimberly Dwinell on March 14, 2011, by certified mail, return receipt.

    Defendant hereby waives her right to a hearing pursuant to 28 U.S.C. §3202(d).  Accordingly, it is

ORDERED that funds in the amount of $800.00 which were seized on March 12, 2011, from an account in the name of Kimberly Dwinell, which are in the possession, custody or control of TD Bank, be released to the United States of America.  Said funds should be made payable to U.S. Department of Justice and sent to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301; and

ORDERED that any remaining funds in the account in the name of Kimberly Dwinell, over $800.00, be released to Kimberly Dwinell; and

ORDERED that the Writ of Continuing Garnishment issued on March 8, 2011, to TD Bank, is hereby quashed.

IT IS SO ORDERED.

      /s/ Paul Barbadoro
      U.S. District Court Judge

DATED: March 15, 2011

cc: Michael T. McCormack, AUSA
    Kimberly Dwinell, pro se
    TD Bank