```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,    )
    Plaintiff,            )
                             )
   v.                       )        Civil No. 99-272-PB
                             )
Kimberly Dwinell,            )
    Defendant,            )
                             )
   and                      )
                             )
Herff Jones, Inc.,           )
    Garnishee.            )

**<u>FINAL ORDER OF CONTINUING GARNISHMENT</u>**

     On June 28, 2011, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court.  The Garnishee and the Defendant were served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on July 5, 2011, and July 2, 2011, respectively.  As stated in Plaintiff's motion, Garnishee verbally stated to Plaintiff that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form of semi-monthly non-exempt disposable earnings, belonging to and due defendant, Kimberly Dwinell.  Defendant agreed to waive her right to a hearing pursuant to 28 U.S.C. § 3202(d).  Therefore, it is

     ORDERED that Garnishee pay One Hundred and 00/100 Dollars ($100.00) of the Defendant's semi-monthly non-exempt disposable earnings (earnings remaining after all deductions required by law have been withheld) beginning July 15, 2011, and thereafter, to Plaintiff and continue said payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has possession,

custody or control of any property belonging to the Defendant or until further Order of this Court.  Said payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

    IT IS FURTHER ORDERED, that Defendant shall keep the United States Attorney's Office currently informed, in writing, of any change in her employment, place of residence, or telephone number.  Defendant shall provide such information to the United States Attorney's Office at the address listed above.

    **SO ORDERED THIS**    7th    **DAY OF**   July            , 2011.


        /s/ Paul J. Barbadoro
        Paul J. Barbadoro
        U.S. District Court Judge

cc: U.S. Attorney's Office
    Kimberly Dwinell, pro se
    Herff Jones, Inc.